UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-21259-CIV-GRAHAM

MIAMI-DADE COUNTY,
a political subdivision of the
State of Florida,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
and ALPHONSO JACKSON, Secretary of
the United States Department of
Housing and Urban Development,
in his official capacity,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Joint Motion by Miami-Dade County and the U.S. Department of Housing and Urban Development for Ratification of Amendment to Settlement Agreement [D.E. 62].

On November 5, 2007, this Court issued an Order approving and ratifying the Settlement Agreement between the Parties [D.E. 60]. In that Order, the Court, _inter alia_, retained jurisdiction of the matter to enforce the terms of the Settlement Agreement.

The Parties now seek to have this Court ratify an amendment to the Settlement Agreement and the Work Plan, incorporated therein. Specifically, the Parties seek to have several paragraphs of the Settlement Agreement amended, and the Work Plan submitted with the

original Settlement Agreement superceded in its entirety by a new Agreement executed by the Parties on August 25, 2008. In addition, the Parties seek to amend the Settlement Agreement by replacing paragraph 23 of the original Settlement Agreement with a new paragraph 23, which provides for the Parties to amend the Settlement Agreement through a written agreement between the Parties.[1]

**THE COURT** has considered the Joint Motion, has thoroughly reviewed the Amended Agreement, and is otherwise fully advised in the premises.

Based thereon, it is

**ORDERED AND ADJUDGED** that Joint Motion by Miami-Dade County and the U.S. Department of Housing and Urban Development for Ratification of Amendment to Settlement Agreement [D.E. 62] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the August 25, 2008, Amendment to Agreement and Work Plan between Miami-Dade County and U.S. Department of Housing and Urban Development [D.E. 62-2] is hereby

---

[1] In the Joint Motion by Miami-Dade County and the U.S. Department of Housing and Urban Development for Ratification of Amendment to Settlement Agreement [D.E. 62], the Parties mistakenly refer to D.E. 57-2, p. 6, Headnote XII as the source for the procedure to amend the Agreement. However the proper citation is D.E. 62-2, p. 6, Headnote XII. See, [D.E. 62-2 at 2]. Accordingly, the Court makes reference to and relies upon that correct citation for the source of the Parties' right to amend the Settlement Agreement.

approved and ratified by this Court.  It is further

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction of this matter to enforce the Amended Settlement Agreement as well as to entertain any other claims either Party is entitled to pursue under the explicit terms of the Amended Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record